**2006–0681. Winters v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Tony D. Winters. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0682. Showalter v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Derek Showalter. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0683. Nesser v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of David A. Nesser Jr. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0686. Hackney v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Bromley Hackney. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0696. Compton v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Jeremy G. Compton. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0708. Nitz v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Richard Nitz. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0717. Curtis v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Kevin Lee Curtis. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0720. Dyer v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Carl M. Dyer. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0723. Klein v. Wolfe.**
In Habeas Corpus. On petition for writ of habeas corpus of Joshua N. Klein. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0743. Rogers v. Jeffreys.**
In Habeas Corpus. On petition for writ of habeas corpus of Daryl E. Rogers. Sua sponte, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.